IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00350-CMA-KLM

LUIS OSORIO,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion for Instructions from the Court** [Docket No. 17; Filed March 27, 2009] (the "Motion"). Applicant claims that he does not know how to proceed because Respondents had not yet filed an answer. Respondents have now filed an answer. [Docket #15; Filed March 18, 2009]. Applicant's Traverse, if any, shall be filed on or before April 10, 2009.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**.

    Dated: March 31, 2009