IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00350-CMA-KLM

LUIS OSORIO,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Disallow the Respondents Answer in Lieu of a Procedural Default, for Failure to Properly Serve.** [Docket No. 20; Filed April 3, 2009] (the "Motion").  Applicant appears to be alleging that Respondents did not serve him with a copy of their response in a timely manner.

    The certificate of service to the Respondents' response indicates that the document was mailed to Applicant at the Sterling Correctional Facility on March 18, 2009. [Docket No. 15].  It is unclear from the Motion whether Applicant has received a copy of the response.  To the extent Applicant seeks an extension of time to file a traverse, one will be granted.  Accordingly,

    IT IS **ORDERED** that the Motion is **DENIED**.

    IT IS FURTHER **ORDERED** that Respondent shall mail a copy of the response to Applicant upon receipt if this Order, and shall file a Certificate of Service with the Court indicating that the response has been mailed to Applicant.

    IT IS FURTHER **ORDERED** that Applicant shall file a traverse, if any, on or before May 25, 2009.

Dated:  April 27, 2009