FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 08-cv-00350 CMA-KLM

LUIS OSORIO,

    Applicant,

vs.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __10th__ day of __June__, 2010.

    BY THE COURT:

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00350 CMA-KLM

District Court, City and County of Denver
Denver City and County Bldg Rm. 256
1437 Bannock St.
Denver, CO 80202

Luis Osorio
# 110135
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Christopher Yannis Bosch - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __6/17/10__.

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:   (303) 335-2714

June 17, 2010

Denver City and County Court
Denver City and County Bldg.
1437 Bannock St. Room 256
Denver, CO 80202

    **Re:   Osorio v. Milyard - 08-cv-00350 CMA-KLM**

To Clerk of the Court:

    The state court record has been authorized to be returned to Denver District Court pursuant to the Order Returning State Court Record entered on June 10, 2010. Enclosed please find a copy of the order, an acknowledgment of receipt, a self addressed stamped envelope, and the original state court record consisting of 9 transcripts, 1 sealed envelope and 1 bound volume.

    Please acknowledge receipt of the record by signing the enclosed acknowledgment and return in the enclosed envelope.

    If we may be of further assistance, please feel free to contact the Clerk's Office.

                      Very truly yours,

                      GREGORY C. LANGHAM, CLERK

                  By:_____
                        Deputy Clerk

FedEx Ground Tracking ID
**3284896 00017510**
GND PREPAID

FedEx Ground Tracking ID
**3284896 00017510**
GND PREPAID

For FedEx Ground Information Call:1.800.Go.FedEx

**80294**



(9611019)  3284896 00017510

**GND** PREPAID

